IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GERRY LEE JAKUBOWSKI,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

11-cv-373-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant affirming the decision of Michael J. Astrue, Commissioner of Social Security and dismissing plaintiff Gerry Lee Jakubowski's appeal.

_Peter Oppeneer_      7/9/12

Peter Oppeneer, Clerk of Court      Date